IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>SPRINT SPECTRUM L.P., SPRINTCOM, INC. and ASSURANCE WIRELESS USA, L.P.,<br><br>    Defendants. | Case No. 2:20-cv-00007<br><br>JURY TRIAL DEMANDED |

**JOINT STATEMENT REGARDING TECHNICAL ADVISOR**

Plaintiff General Access Solutions, Ltd. and Defendants Sprint Spectrum L.P., SprintCom, Inc., and Assurance Wireless USA, L.P. hereby advise the Court that an agreement could not be reached on whether a technical advisor is necessary in this case. The parties also could not agree on an appropriate technical advisor in the event the Court determines an advisor would be helpful.

| | |
|---|---|
| Dated: July 29, 2020 | Respectfully submitted, |
| BARTLIT BECK LLP | MCGUIRE WOODS LLP |
| */s/Glen E. Summers* | */s/Jason W. Cook* |
| Glen E. Summers (Lead Counsel) <br> (Colorado Bar No. 30635) <br> John M. Hughes (Colorado Bar No. 38295) <br> Nosson D. Knobloch (Colorado Bar No. 42134) <br> Bartlit Beck LLP <br> 1801 Wewatta Street, Suite 1200 <br> Denver, CO 80202 <br> Telephone: (303) 592-3100 <br> glen.summers@bartlitbeck.com <br> john.hughes@bartlitbeck.com <br> nosson.knobloch@bartlitbeck.com <br><br> Jennifer Parker Ainsworth <br> (Texas Bar No. 00784720) <br> WILSON, ROBERTSON & <br> CORNELIUS, P.C. <br> 909 ESE Loop 323, Suite 400 <br> Tyler, Texas 75701 <br> Telephone: (903) 509-5000 <br> jainsworth@wilsonlawfirm.com <br><br> *Attorneys for Plaintiff General Access Solutions, LLC* | Robert W. Weber <br> Texas State Bar No. 21044800 <br> 5505 Plaza Drive <br> P.O. Box 6167 <br> Texarkana, TX 75503 <br> Phone: (903) 223-5656 <br> Fax: (903) 223-5652 <br> bweber@smithweber.com <br><br> McGuireWoods LLP <br> Jason W. Cook (Lead Counsel) <br> Texas State Bar No. 24028537 <br> Shaun W. Hassett <br> Texas State Bar No. 24074372 <br> Phone: (214) 932-6400 <br> Fax: (214) 932-6499 <br> 2000 McKinney Avenue, Suite 1400 <br> Dallas, TX 75201 <br> jcook@mcguirewoods.com <br> shassett@mcguirewoods.com <br><br> David E. Finkelson (VA Bar No. 44059) <br> George B. Davis (VA Bar No. 83165) <br> Gateway Plaza <br> 800 East Canal St. <br> Richmond, Virginia 23219 <br> Phone: (804) 775-1000 <br> Fax: (804) 775-1061 <br> dfinkelson@mcguirewoods.com <br> gdavis@mcguirewoods.com <br><br> *Attorneys for Defendants SprintCom, Inc., Assurance Wireless USA, L.P., and Sprint Spectrum L.P.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on July 29, 2020.

/s/ *Glen E. Summers*