IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO.  2:20-CV-00007-RWS |
| v. | § § § | |
| SPRINTCOM, INC,  ASSURANCE WIRELESS USA, L.P.,  SPRINT SPECTRUM LLC, | § § § § § § | |
| Defendants. | § § | |

## ORDER

The pretrial conference in this matter was previously set for August 3, 2021.  Due to scheduling conflicts with other trials on the Court's calendar, the pretrial conference is **RESET** for **10 a.m.** on **Monday, August 16, 2021**, in **Texarkana, Texas**.

**So ORDERED and SIGNED this 27th day of July, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE