# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SPRINT SPECTRUM LLC, SPRINTCOM, INC., and ASSURANCE WIRELESS USA, L.P. <br><br> Defendants. | Case No. 2:20-cv-00007-RWS <br><br> JURY TRIAL DEMANDED |

## JOINT NOTICE OF JURY SELECTION AND TRIAL TIME REQUESTED

Pursuant to the Court's Amended Docket Control Order (Dkt. No. 302), Plaintiff General Access Solutions, Ltd. ("General Access") and Defendants Sprint Spectrum LLC, SprintCom, Inc., and Assurance Wireless USA, L.P. ("Sprint") hereby jointly submit to the Court their estimates of the amount of time they request at jury selection and trial as follows:

1. Voir Dire – General Access requests 30 minutes per side; Sprint requests 45 minutes per side per voir dire session.

2. Opening Statements – General Access requests 40 minutes per side; Sprint requests 60 minutes per side.

3. Direct, Cross, and Rebuttal Examinations – General Access requests 13 hours per side; Sprint requests 16 hour per side.

4. Closing Arguments – General Access requests 45 minutes per side; Sprint requests 60 minutes per side.

| | |
|---|---|
| Dated: July 27, 2021 | Respectfully submitted, |
| /s/ Glen E. Summers | /s/ Brian A. Rosenthal |
| | (with permission, Glen E. Summers) |
| Jennifer Parker Ainsworth<br>(Texas Bar No. 00784720)<br>Wilson, Robertson & Cornelius, P.C.<br>909 ESE Loop 323, Suite 400<br>Tyler, Texas 75701<br>Telephone: (903) 509-5000<br>jainsworth@wilsonlawfirm.com | Robert W. Weber (SBN 21044800)<br>SMITH WEBER, LLP<br>5505 Plaza Drive—P.O. Box 6167<br>Texarkana, TX 75505-6167<br>(903) 223-5656<br>(903) 223-5652 – fax<br>bweber@smithweber.com |
| Glen E. Summers (Lead Attorney)<br>(Colorado Bar No. 30635)<br>Sean C. Grimsley (Colorado Bar No. 36422)<br>John M. Hughes (Colorado Bar No. 38295)<br>Nosson D. Knobloch (Colorado Bar No. 42134)<br>Bartlit Beck LLP<br>1801 Wewatta Street, Suite 1200<br>Denver, CO 80202<br>Telephone: (303) 592-3100<br>glen.summers@bartlitbeck.com<br>sean.grimsley@bartlitbeck.com<br>john.hughes@bartlitbeck.com<br>nosson.knobloch@bartlitbeck.com | Josh A. Krevitt (NY Bar No. 2568228)<br>Lead Counsel<br>Brian A. Rosenthal (NY Bar No. 3961380)<br>Katherine Dominguez (NY Bar No. 4741237)<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166<br>(212) 351-4000<br>(212) 351-4035 – fax<br>jkrevitt@gibsondunn.com<br>brosenthal@gibsondunn.com<br>kdominguez@gibsondunn.com |
| Benjamin R. Montague<br>(IL Bar No. 6327341)<br>Bartlit Beck LLP<br>54 W. Hubbard St., Suite 300<br>Chicago, IL 60654<br>Telephone: (312) 494-4400<br>benjamin.montague@bartlitbeck.com | Jason W. Cook (SBN 24028537)<br>MCGUIREWOODS LLP<br>2000 McKinney Ave., Suite 1400<br>Dallas, TX 75201<br>(214) 932-6400<br>(214) 932-6499 - fax<br>jcook@mcguirewoods.com |
| *Attorneys for Plaintiff*<br>*General Access Solutions, Ltd.* | David E. Finkelson (pro hac vice)<br>George B. Davis (VA Bar No. 83165)<br>MCGUIREWOODS LLP<br>800 East Canal Street<br>Richmond, VA 23219-3916<br>(804) 775-1000<br>(804) 698-2016 – fax<br>dfinkelson@mcguirewoods.com<br>gdavis@mcguirewoods.com |
| | *Attorneys for Defendants*<br>*Sprint Spectrum LLC, SprintCom, Inc., and Assurance Wireless USA, L.P.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on July 27, 2021.

/s/ *Glen E. Summers*