IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GENERAL ACCESS SOLUTIONS, LTD.,<br><br>        Plaintiff,<br><br>  v.<br><br>SPRINT SPECTRUM LLC, SPRINTCOM, INC., and ASSURANCE WIRELESS USA, L.P.<br><br>        Defendants. | Case No. 2:20-cv-00007-RWS<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING
## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY DEADLINES

On this date the Court considered the Joint Motion to Stay All Deadlines and Notice of Settlement between Plaintiff General Access Solutions, Ltd.'s ("General Access") and Defendants Sprint Spectrum LLC, SprintCom, Inc., and Assurance Wireless USA, L.P.'s (collectively "Sprint")(together the "Parties") (Dkt. No. 371).  Based on the motion, the grounds set forth therein, and the agreement of the parties to the motion, the Court finds that good cause has been established and the Joint Motion to Stay should be GRANTED.

It is therefore ORDERED that all proceedings in this case between General Access and Sprint,  including all pending deadlines between the Parties, are stayed until September 30, 2021.

The Pretrial Conference currently scheduled for Monday, August 16, 2021 is cancelled.

**So ORDERED and SIGNED this 14th day of August, 2021.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE